# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KWAUYSHAUN WILLIAMS, | Case No. 3:18-cv-00189-MMD-VPC |
| Petitioner, | ORDER |
| v. | |
| TIMOTHY FILSON, *et al.*, | |
| Respondents. | |

Petitioner has submitted a petition for a writ of habeas corpus. (ECF Nos. 1, 1-1.) He did not submit an application to proceed in forma pauperis, nor did he pay the filing fee of five dollars ($5.00).

It is therefore ordered that Petitioner must file an application for leave to proceed in forma pauperis, accompanied by a signed financial certificate and a statement of his inmate account. The Clerk of the Court will send Petitioner a blank application form for incarcerated litigants. In the alternative, Petitioner must make the necessary arrangements to pay the filing fee of five dollars ($5.00), accompanied by a copy of this Order. Petitioner will have thirty (30) days from the date this Order is entered to comply. Failure to comply will result in the dismissal of this action.

DATED THIS 14th day of August 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE